# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0721
LT Case No. 2009-CF-021037

_____

JIMMY KIMBROUGH,

 Appellant,

 v.

STATE OF FLORIDA,

 Appellee.

_____

On appeal from the Circuit Court for Brevard County.
Charles G. Crawford, Judge.

Jimmy L. Kimbrough, Daytona Beach, pro se.

Ashley Moody, Attorney General, Tallahassee, and Whitney Brown Hartless, Daytona Beach, for Appellee.


April 9, 2024


PER CURIAM.

 AFFIRMED.


MAKAR, LAMBERT, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____